VITALE, VICKREY, NIRO, SOLON & GASEY LLP
PAUL K. VICKREY (*admitted pro hac vice*)
vickrey@vvnlaw.com
ART GASEY (*admitted pro hac vice*)
gasey@vvnlaw.com
311 S. Wacker Dr., Ste. 2470
Chicago, IL 60606
Phone: 312-236-0733

THE KNEAFSEY FIRM, INC.
SEAN M. KNEAFSEY (SBN 180863)
skneafsey@kneafseyfirm.com
800 Wilshire Blvd., Suite 710
Los Angeles, California 90017
Phone:  (213) 892-1200
Fax:  (213) 892-1208

Attorneys for Plaintiff
PRESTON INDUSTRIES, INC.

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRESTON INDUSTRIES, INC., an Illinois corporation,<br><br>Plaintiff,<br><br>vs.<br><br>BREVILLE PTY LIMITED, a New South Wales, Australian proprietary company,<br><br>Defendant. | Case No.: 2:20-cv-11711-VAP-JPRx<br><br>[Hon. Virginia A. Phillips]<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(ii) SUBJECT TO THE COURT'S RETENTION OF JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT** |

Whereas, Plaintiff PRESTON INDUSTRIES, INC., an Illinois corporation, and Defendant BREVILLE PTY LIMITED, a New South Wales, Australian proprietary company, have submitted a Stipulation to Dismiss Action With Prejudice Pursuant To FRCP41(A)(1)(A)(ii) Subject To The Court's Retention Of Jurisdiction To Enforce Settlement Agreement (the "Stipulation of Dismissal");

Whereas, pursuant to the Stipulation of Dismissal, the parties have agreed that this action shall be dismissed with prejudice subject to the Court's retention of jurisdiction to enforce the settlement agreement pursuant to *Flanagan v. Arnaiz,* 143 F.3d 540 (9th Cir. 1998);

WHEREFOR, PURSUANT TO THE STIPULATION OF THE PARTIES AND GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED THAT: This action is dismissed with prejudice in its entirety as to all parties and all causes of action pursuant to Federal Rule of Civil Procedure section 41(a)(1)(A)(ii) subject to the Court's retention of jurisdiction to enforce the terms of the Settlement Agreement pursuant to *Flanagan v. Arnaiz,* 143 F.3d 540 (9th Cir. 1998).

SO ORDERED

DATED: September 22, 2021

_____
Hon. Virginia A. Phillips
United States District Judge